UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA CHAN, | CASE NO. 2:22-cv-01272-JHC |
| Plaintiff, | ORDER |
| v. | |
| SECURE FREIGHT SYSTEMS (U.S.A.) ET AL., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion to Authorize Alternative Means of Service under Federal Rule of Civil Procedure 4. Dkt. # 13. The motion is not opposed by any party. The Court hereby GRANTS the motion and authorizes Plaintiff to effect service of process by alternative means as follows:

(1) registered mail upon Maple Freight Partnership at its registered place of business 225-13480 Crestwood Place, Richmond, BC V6V 2K1, Richmond, BC, Canada

(2) registered mail upon Kit Bonnie Chu and Maple Freight Partnership c/o A2338 Enterprises Inc. at the residence of Kit Bonnie Chu, 1196 55th Avenue West, Vancouver BC V6P 7A1, Canada

ORDER - 1

(3) registered mail upon Maple Freight Partnership c/o A2338 Enterprises Inc. c/o Registered Agent, Suite 500 North Tower, 5811 Cooney Rd., Richmond, BC V6X 3M1

(4) certified mail upon Kit Bonnie Chu c/o attorney Karen Kruse, Karen Kruse Law, PLLC, P.O. Box 99556, Seattle, WA 98139-0556

Dated this 15th day of November, 2022.

>            John H. Chun
>            United States District Judge

ORDER - 2