The Honorable John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **REBECCA CHAN,**<br><br>   Plaintiff,<br><br>vs.<br><br>**SECURE FREIGHT SYSTEMS (U.S.A.), INC.,** a corporation registered in the State of Washington, and **MAPLE FREIGHT PARTNERSHIP,** a corporation registered in the province of British Columbia, and **KIT BONNIE CHU,** a resident of British Columbia,<br><br>   Defendant | No. 2:22-CV-01272-JHC<br><br>STIPULATION, DECLARATION AND ORDER TO AUTHORIZE ALTERNATIVE MEANS OF SERVICE UNDER FRCP RULE 4<br><br>[CLERK'S ACTION REQUIRED]<br><br>NOTE ON MOTION CALLENDAR<br><br>NOVEMBER 18, 2022 |

## I.   STIPULATION

COME NOW, the parties to this action with the unserved Defendants, Kit Bonnie Chu and Maple Freight Partnership, all of whom hereby stipulate to the entry of the attached [Proposed] Order to Authorize Alternative Means of Service under FRCP Rule 4, allowing service of process in this matter by registered mail upon unserved Defendant Kit Bonnie Chu, a Canadian resident, and unserved Defendant Maple Freight Partnership, a Canadian partnership, pursuant to FRCP Rule 4(f)(3) and Article 10(a) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention").

DATED this 18th Day of November 2022.

STIPULATION, DECLARATION AND ORDER - 1
2:22-CV-01272-JHC

Law Offices of Alex Buerger
318 6th Ave. S #126
Seattle, WA 98104
206-405-4520

1
2  /s/ Alex Buerger
   Alex Buerger, WSBA #25014
3  318 6th Ave. S #126
   Seattle, WA 98104
4  Ph. 206-405-4520
   Email: aberg@nwlink.com
5  Attorney for Plaintiff Rebecca Chan

6

7  /s/ Karen P. Kruse
   Karen P. Kruse, WSBA #19857
8  Karen Kruse Law, PLLC
   P.O. Box 99556
9  Seattle, WA 98139-0556
   Email: K2@KarenKruseLaw.com
10 Attorney for Defendant Secure Freight Systems (U.S.A.), Inc.

11

12 _____
13 Kit Bonnie Chu, Individually
   13700 Mayfield Place #1130
14 Richmond BC V6V 2E4
   Canada
15 Unserved Defendant Kit Bonnie Chu

16 Maple Freight Partnership

17 _____
18 Kit Bonnie Chu, President A2338 Enterprises, Inc.
   13700 Mayfield Place #1130
19 Richmond BC V6V 2E4
   Canada
20 Unserved Defendant, Maple Freight Partnership

21
22
23
24
25
26
27
28

**STIPULATION, DECLARATION AND ORDER - 2**
**2:22-CV-01272-JHC**

## II. DECLARATION OF KIT BONNIE CHU

I, Kit Bonnie Chu, being first duly sworn declare under penalty of perjury under the laws of the United States of America, Canada and the province of British Columbia that the foregoing is true and correct:

1. I am over eighteen years of age and I have been named as an individual defendant in the above captioned lawsuit.

2. On my own behalf, I hereby agree to accept service of process in this matter by registered mail at my residence, 1196 55th Avenue West, Vancouver, BC V6P 7A1 Canada, pursuant to Article 10(a) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention").

3. In regard to Maple Freight Partnership, I hereby affirm that A2338 Enterprises, Inc., is a general partner of Maple Freight Partnership; that I am the President of A2338 Enterprises, Inc.; and that I have been duly authorized by Maple Freight Partnership and its two (2) general partners (A2338 Enterprises, Inc. and Aero BC Enterprises, Inc.) to accept service of process by registered mail pursuant to Article 10(a) of the Hague Convention.

4. On behalf of Maple Freight Partnership, I hereby agree to accept service of process in this matter by registered mail at 13700 Mayfield Place #1130, Richmond, BC V6 V2EF, Canada, pursuant to Article 10(a) of the Hague Convention.

5. On behalf of A2338 Enterprises, Inc., I hereby agree to accept service of process in this matter by registered mail at Suite 500 North Tower, 5811 Cooney Rd., Richmond, BC V6X 3M1, which is the Registered Agent for A2338 Enterprises, Inc., pursuant to Article 10(a) of the Hague Convention.

STIPULATION, DECLARATION AND ORDER -3
2:22-CV-01272-JHC

LAW OFFICES OF ALEX BUERGER
318 6TH AVE. S #126
SEATTLE, WA 98104
206-405-4520

6. In the event that any of the parcels identified in above Paragraph 2, 4 and 5 are returned unclaimed or without signature, I agree to accept service of process by UPS delivery at the addresses identified in above Paragraph 2, 4 and 5 on behalf of myself, Maple Freight Partnership and A2338 Enterprises, Inc., pursuant to Article 10(a) of the Hague Convention.

7. On behalf of myself, Maple Freight Partnership and A2338 Enterprises, we hereby affirm and warrant that we will not challenge the sufficiency of service of process as outlined in the Court's Order proposed below.

I declare under penalty of perjury of the laws of the United States of America, Canada and the province of British Columbia that the foregoing is true and correct.

Signed and Dated this __18__ day of November, 2022 at Richmond, BC.

_____
Kit Bonnie Chu

**STIPULATION, DECLARATION AND ORDER - 4**
2:22-CV-01272-JHC

LAW OFFICES OF ALEX BUERGER
318 6TH AVE. S #126
SEATTLE, WA 98104
206-405-4520

### III.  ORDER

This Matter, having come before the Court on the parties' Stipulation and the Declaration of Kit Bonnie Chu,

IT IS HEREBY ORDERED that Plaintiff is hereby authorized to effect alternative means of service of process upon Defendant Kit Bonnie Chu and Maple Freight Partnership under FRCP Rule 4(f)(3) and Article 10(a) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention") by Registered Mail as follows:

1. Kit Bonnie Chu, 1196 55th Avenue West, Vancouver, BC, V6P 7A1, Canada.

2. Maple Freight Partnership, c/o Kit Bonnie Chu, 13700 Mayfield Place #1130, Richmond, BC V6 V2EF, Canada.

3. Maple Freight Partnership, c/o A2338 Enterprises, Inc., Suite 500 North Tower, 5811 Cooney Rd., Richmond, BC V6X 3M1, Canada.

IT IS FURTHER ORDERED that in the event any of the registered parcels are returned unclaimed or without signature, the Plaintiff is hereby authorized to effect service of process by UPS delivery at the addresses listed in Paragraph 1-3 above, pursuant to FRCP Rule 4(f)(3) and Article 10(a) of the Hague Convention.

IT IS FURTHER ORDERED that this Order shall not prohibit Plaintiff from also effecting service upon the Defendants by any other means authorized by the FRCP or the Hague Convention.

IT IS FURTHER ORDERED that this Order supersedes the Court's November 15, 2022 Order (Docket #16), which shall have no further force and effect after entry of this Order. The Clerk of the Court is directed to enter a Minute Order to that effect.

/ / /

/ /

/

**STIPULATION, DECLARATION AND ORDER - 5**
2:22-CV-01272-JHC

Law Offices of Alex Buerger
318 6th Ave. S #126
Seattle, WA 98104
206-405-4520

**ENTERED** this 22nd day of November 2022.

*John H. Chun*
The Honorable John H. Chun
United States District Judge

Presented By:

*/s/ Alex Buerger*
Alex Buerger, WSBA #25014
Attorney for Plaintiff Rebecca Chan

Copy Received; Notice
Of Presentation Waived:

*/s/ Karen P. Kruse*
Karen P. Kruse, WSBA #19857
Attorney for Defendant Secure Freight Systems (U.S.A.), Inc.

_____
Kit Bonnie Chu, Individually
Unserved Defendant

_____
Kit Bonnie Chu, President A2338 Enterprises, Inc.
Maple Freight Partnership
Unserved Defendant

STIPULATION, DECLARATION AND ORDER - 6
2:22-CV-01272-JHC

LAW OFFICES OF ALEX BUERGER
318 6ᵀᴴ AVE. S #126
SEATTLE, WA 98104
206-405-4520