The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **REBECCA CHAN,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**SECURE FREIGHT SYSTEMS (U.S.A.), INC.,** a corporation registered in the State of Washington, and **MAPLE FREIGHT PARTNERSHIP,** a corporation registered in the province of British Columbia, and **KIT BONNIE CHU,** a resident of British Columbia,<br><br>  Defendant | No. 2:22-CV-01272-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[CLERK'S ACTION REQUIRED]** |

## I.  STIPULATION

COME NOW, the parties to this action through their undersigned counsel and stipulate to the entry of the attached order of dismissal with prejudice and without fees or costs to either party.

DATED this 5th Day of April 2023.

/s/ Alex Buerger
Alex Buerger, WSBA #25014
318 6th Ave. S #126
Seattle, WA 98104
Ph. 206-405-4520
Email: aberg@nwlink.com

**ORDER - 1**
**2:22-CV-01272-JHC**

Attorney for Plaintiff Rebecca Chan

*/s/ Karen Kruse*
Karen Kruse, WSBA #19857
Karen Kruse Law, PLLC
P.O. Box 99556
Seattle, WA 98139-0556
Email: K2@KarenKruseLaw.com
Attorney for Defendants Secure Freight Systems (U.S.A.), Inc., Kit Bonnie Chu and Maple Freight Partnership

## II.  ORDER

This Matter, having come before the Court on the Stipulation of the parties,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without fees or costs to either party.

**ENTERED** this   5th   day of April 2022.

The Honorable John H. Chun
United States District Judge

ORDER - 2
2:22-CV-01272-JHC

LAW OFFICES OF ALEX BUERGER
318 6TH AVE. S #126
SEATTLE, WA  98104
206-405-4520

Presented By:

*/s/ Alex Buerger*
Alex Buerger, WSBA #25014
Attorney for Plaintiff Rebecca Chan

Copy Received; Notice
Of Presentation Waived:

*/s/ Karen Kruse*
Karen Kruse, WSBA #19857
Attorney for Defendant Secure Freight Systems (U.S.A.), Inc., Kit Bonnie Chu and Maple Freight Partnership

ORDER - 3
2:22-CV-01272-JHC

LAW OFFICES OF ALEX BUERGER
318 6TH AVE. S #126
SEATTLE, WA 98104
206-405-4520